UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 3:12-00198 |
| | ) | |
| [1] PHILIP BRENT JOHNSON | ) | |
| | ) | |
| [2] GREGORY LEE GREGORY | ) | |
| | ) | |
| [3] ALI HUSSEIN KASSEM | ) | |
| | ) | |
| [4] MOHAMED METLEG | ) | |
|     a/k/a MO | ) | |
|     a/k/a RABEAH NASHER | ) | |
|     a/k/a RUPERT GOLDBERG | ) | |
|     a/k/a JASON MURDOCH | ) | |
| | ) | |
| [5] NAWAK CHAOUK | ) | |
|     a/k/a ANDREW THORN | ) | |
|     a/k/a NEVO | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, by and through Assistant United States Attorney, and respectfully requests that the Superseding Indictment and Arrest Warrants filed in this matter be unsealed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

It is so ordered:

_____
JOHN S. BRYANT
U.S. MAGISTRATE JUDGE

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151