IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00198 |
| | ) | Judge Trauger |
| [3] ALI HUSSEIN KASSEM | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Monday, July 22, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 5th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge