# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00198 |
| | ) | Judge Trauger |
| [1] PHILIP BRENT JOHNSON | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a change of plea hearing on Tuesday, August 13, 2013, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 9th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge