IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:12-00198 |
| v. ) | |
| ) | JUDGE TRAUGER |
| ) | |
| ALI KASSEM ) | |

**DEFENDANT ALI KASSEM'S MOTION TO
CANCEL PLEA HEARING AND SET CASE FOR TRIAL**

Defendant, Ali Kassem, respectfully requests that this Honorable Court cancel the Plea Hearing currently scheduled for March 14, 2014, and set this case for trial. Mr. Kassem does not wish to plead guilty and would like to take his case to trial. Undersigned counsel respectfully requests that the Court not set this case until late summer because defense counsel already has a full trial schedule between now and then. Defense counsel has advised Mr. Kassem that his trial would be in the later summer or early fall and he is in agreement with that time frame. Mr. Kassem has signed

1